■ In the Matter of Sandra A. Mirando, Respondent, v County of Wyoming et al., Appellants. [813 NYS2d 322]—

Appeal from an order of the Supreme Court, Wyoming County (Michael F. Griffith, A.J.), entered December 28, 2004. The order granted claimant's application for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court did not abuse its discretion in granting claimant's application for leave to serve a late notice of claim upon respondents (*see Matter of Trusso v Board of Educ. of Jamestown City School Dist.*, 24 AD3d 1302 [2005]; *Matter of Gilbert v Eden Cent. School Dist.*, 306 AD2d 925 [2003]). "Even assuming, arguendo, that claimant[ ] failed to provide a reasonable excuse for [her] delay, we conclude that [her] failure to do so is not fatal [inasmuch as] actual notice [of the essential facts constituting the claim contemporaneously with the accrual of the claim] was had [by respondents or their agents] and there is no compelling showing of prejudice to respondent[s]" (*Gilbert*, 306 AD2d at 926 [internal quotation marks omitted]; *see Trusso*, 24 AD3d 1302 [2005]; *Matter of Lindstrom v Board of Educ. of Jamestown City School Dist.*, 24 AD3d 1303 [2005]; *Wetzel Servs. Corp. v Town of Amherst*, 207 AD2d 965 [1994]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Hayes, JJ.